IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY A. HAND, ) | No. C 11-06410 EJD (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| vs. ) | |
| GARY SWARTHOUT, Warden, ) | |
| Respondent. ) | |

On December 19, 2011, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Along with the petition, Petitioner filed a motion to proceed in forma pauperis which was deficient because he did not attach a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official. (See Docket No. 2.) On the same day, this Court's Clerk sent Petitioner a notice that he must provide the missing document within thirty days or the case would be dismissed. (Docket No. 3.) The deadline has since passed, and Petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

DATED: 2/22/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
06410Hand_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY A. HAND,

        Petitioner,

  v.

GARY SWARTHOUT, Warden,

        Respondent.
                                          /

Case Number: CV11-06410 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  2/22/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky A. Hand G-07185
CSP Solano State Prison
P. O. Box 4000
Vacaville, CA 95696

Dated:  2/22/2012

                          Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk