**FILED**

APR 16 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY HAND,<br>      Petitioner,<br>vs.<br>G. SWARTHOUT, Warden,<br>      Respondent. | No. C 11-06410 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION |

On February 22, 2012, the Court dismissed this pro se petition for writ of habeas corpus without prejudice for Petitioner's failure to pay the filing fee. (See Docket No. 4.) On March 26, 2012, Petitioner filed a letter indicating that he had been confused about his deadlines and requesting an extension of time to proceed with this habeas action. (Docket No. 6.) Petitioner states that he has "proof" that "none of this is my fault." (Id.) In the interest of justice, the Court will grant Petitioner an extension of time to file a motion for reconsideration to reopen this action. Petitioner shall file a motion showing good cause why this case should be reopened with any supporting documentation, along with the proof of payment of the filing fee or a complete in forma pauperis application, **no later than April 22, 2012.**

DATED: _4/12/12_

EDWARD J. DAVILA
United States District Judge

Order Granting EOT to file Motion for Recon.
G:\PRO-SE\SJ.EJD\HC.11\06410Hand_misc.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY A HAND,

       Petitioner,

v.

GARY SWARTHOUT, Warden,

       Respondent.

Case Number: CV11-06410 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/16/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky A. Hand G-07185
CSP Solano State Prison
P. O. Box 4000
Vacaville, CA 95696

Dated: _____4/16/12_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk