IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY A. HAND,<br><br>    Petitioner,<br><br>vs.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent. | No. C 11-06410 EJD (PR)<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION; VACATING JUDGMENT AND REOPENING CASE; GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |

        Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. On February 22, 2012, the Court dismissed the instant action for failure to pay the filing fee. (See Docket No. 4.)

        After the case was closed, Petitioner filed a letter on March 26, 2012, indicating that he had been confused about his deadlines and requesting an extension of time to proceed with this habeas action. (Docket No. 6.) The Court granted Petitioner an extension of time to file a motion for reconsideration. (Docket No. 7.) On April 27, 2012, Petitioner filed another letter which the Court construed as a motion for reconsideration. The Court advised Petitioner that it would not reopen this action until Petitioner had completed his IFP application by filing a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison

Order Reopening Action; Granting IFP
G:\PRO-SE\SJ.EJD\HC.11\06410Hand_reopen.wpd

official. (Docket No. 10.) Petitioner has filed the necessary documents to complete his IFP application. (See Docket No. 11.) Accordingly, Petitioner's motion for reconsideration and motion for leave to proceed in forma pauperis are GRANTED.

The Judgment entered on February 2, 2012, (Docket No. 5) is VACATED. The Court will conduct an initial review of the petition in a separate order.

The Clerk shall reopen the file.

DATED: 10/5/2012



EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY A HAND,

    Petitioner,

v.

GARY SWARTHOUT, Warden,

    Respondent.
                                       /

Case Number: CV11-06410 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/9/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky A. Hand G-07185
CSP Solano State Prison
P. O. Box 4000
Vacaville, CA 95696

Dated: 10/9/2012

                                       Richard W. Wieking, Clerk
                                    /s/ By: Elizabeth Garcia, Deputy Clerk