FILED

MAY 20 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY A. HAND,<br><br>Petitioner,<br><br>v.<br><br>GARY SWARTHOUT, Warden,<br><br>Respondent. | No. C 11-06410 EJD (PR)<br><br>ORDER OF DISMISSAL |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 11, 2013, the Court dismissed the petition with leave to amend within twenty-eight days of the order. (See Docket No. 13.) Petitioner was advised that failure to respond in the time provided would result in the dismissal of this action without prejudice and without further notice to Petitioner. (Id. at 4.) The deadline has since passed, and Petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice for failure to file an amended petition. The Clerk shall terminate any pending motions and close the file.

DATED: 5/16/13

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
06410Hand_dism2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY A HAND,

        Petitioner,

v.

GARY SWARTHOUT, Warden,

        Respondent.

Case Number: CV11-06410 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/20/13_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky A. Hand G-07185
CSP Solano State Prison
P. O. Box 4000
Vacaville, CA 95696

Dated: _____5/20/13_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk