IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY HAND | ) | No. C 11-06410 EJD (PR) |
| Petitioner, | ) ) | ORDER VACATING JUDGMENT AND REOPENING CASE |
| v. | ) ) | |
| G. SWARTHOUT, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. On May 20, 2013, the Court dismissed the instant action for failure to file an amended petition in the time provided. (See Docket No. 16.)

It appears that Petitioner filed an amended petition on May 13, 2013, before the Court's Order of Dismissal was posted. (See Docket No. 14.) Accordingly, the Judgment entered on May 20, 2013, (Docket No. 17), is VACATED. The Court will conduct an initial review of the amended petition in a separate order.

The Clerk shall reopen the file.

DATED:  5/24/2013

EDWARD J. DAVILA
United States District Judge

G:\PRO-SE\SJ.EJD\HC.11\06410Hand_reopen2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY HAND,

        Petitioner,

v.

GARY SWARTHOUT, Warden,

        Respondent.

Case Number: CV11-06410 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/24/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky A. Hand G-07185
CSP Solano State Prison
P. O. Box 4000
Vacaville, CA 95696

Dated: 5/24/2013

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk