UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY A. HAND,

    Petitioner,

v.

GARY SWARTHOUT,

    Respondent.

Case No. 11-cv-06410-WHO (PR)

**ORDER EXTENDING TIME**

Dkt. No. 47

    Petitioner Ricky Hand's motion to extend time to answer respondent's response to the Court's Order for Clarification (Docket No. 47) is GRANTED. Hand's response shall be filed on or before May 16, 2016.

    The Clerk shall terminate Docket No. 47.

    **IT IS SO ORDERED.**

**Dated:** April 8, 2016



WILLIAM H. ORRICK
United States District Judge